**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-2513**

―――――――――

BARBARA HOFFMAN,

Plaintiff - Appellant,

versus

MICHAEL HOFFMAN; JOSEPH ROUSE; ATTORNEY GEN-
ERAL OF THE STATE OF MARYLAND; JUDGE RICKS;
JUDGE MULLINS; JUDGE DRYDEN; JUDGE GOUDY;
JUDGE GREENE, JR.; JUDGE KELLER; ASSIGNMENT
OFFICE OF CIRCUIT COURT, ANNE ARUNDEL COUNTY;
KERRY ANDERSON; DAVID BOWERS; GALE ANN
BELUCCI; RICHARD BACHARACH, M.D.; DEPARTMENT
OF SOCIAL SERVICES; GINGER HOWARD; INGRID
HOFFMAN; SUE HOUSER; PAM ZIOLKOWSKI; BERNIE
DIVVER; EASTERN DISTRICT POLICE DEPARTMENT OF
ANNE ARUNDEL COUNTY,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-96-
2927-AMD)

―――――――――

Submitted: December 17, 1996        Decided: January 23, 1997

―――――――――

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Barbara Hoffman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing pursuant to 28 U.S.C. § 1915(d) (1994), <u>as amended by</u> Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, Appellant's personal injury claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hoffman v. Hoffman</u>, No. CA-96-2927-AMD (D. Md. Sept. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3